# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **2023 MJ 6885**               Date **01/17/2024**

USAO No. **2023R00935**

The Government respectfully requests the Court to dismiss without prejudice the

✔ Complaint               Removal Proceedings in

*United States v.* **Melvin Smalls**

The Complaint/Rule 40 Affidavit was filed on **October 19, 2023**

✔ *U.S. Marshals please withdraw warrant*

BRANDON HARPER  Digitally signed by BRANDON HARPER
Date: 2024.01.17 13:50:47 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: **1/17/2025**

*Katham H Parker*

UNITED STATES MAGISTRATE JUDGE